No. 17,556.

STANDARD OIL COMPANY *v.* THE INDUSTRIAL COMMISSION OF COLORADO AND KENNETH ELDEAN SMITH.

(280 P. [2d] 655)

Decided February 28, 1955.   Rehearing denied March 21, 1955.

Mr. DARWIN D. COIT, for plaintiff in error.

Mr. DUKE W. DUNBAR, Attorney General; Mr. FRANK A. WACHOB, Deputy Attorney General; Mr. PETER L. DYE, Assistant Attorney General, for defendant in error The Industrial Commission of Colorado.

Mr. LANSFORD F. BUTLER, for defendant in error Kenneth Eldean Smith.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.